

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DOLORES NARVAEZ, LUIS NARVAEZ, EDUARDO VELARDE, JOSE JUAN VELARDE, JULIETA DURAN, LUZ MAGDALENA ESCOBAR, AND JOSE ANTONIO VELARDE JUAREZ, | § § § § § | No. 08-17-00157-CV <br><br> Appeal from the <br><br> 34th District Court |
| Appellants, | § | of El Paso County, Texas |
| V. | § | (TC# 2016-DCV2763) |
| DARRON POWELL, DARRON POWELL PLLC, HECTOR PHILLIPS, AND HECTOR PHILLIPS, P.C., | § § | |
| Appellees, | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF JULY, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.